FILED
CLERK, U.S. DISTRICT COURT

MAY 15 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD KHAN,<br><br>        Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware corporation; DEANDREA HARRIS, an individual; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 5:17-cv-02422-SVW (SHKx)<br><br>*[Assigned to the Honorable Stephen V. Wilson]*<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: December 1, 2017<br>Trial: July 24, 2018 |

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation and enters the following order

The above-captioned matter is hereby dismissed as to all parties and all causes of action with prejudice.

IT IS SO ORDERED

DATED: 5/15/18

_____
Hon. Stephen V. Wilson
United States District Court Judge

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

WSACTIVELLP:9797762.1

[PROPOSED] ORDER RE: JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
CASE NO. 5:17-CV-02422-SVW (SHKX)